of such securities applied to the extinguishment of their debt. I therefore see no ground upon which Mrs. Ritchie can bring into this controversy any right she may have in those securities. The securities deposited by her husband will be first exhausted and applied to the extinguishment of the complainants' debt. Should they seek by this or any other proceeding to reach the additional securities deposited by Mrs. Ritchie, it will be time enough then to make her a party, and give her the opportunity to defend the same. But, until the complainants do ask for some relief or remedy as against Mrs. Ritchie and her securities, there is no issue upon which she can properly be made a defendant in this case.

Her motion is therefore denied.

---

### McCORMICK et al. v. FALLS CITY BANK OF LOUISVILLE.

(Circuit Court of Appeals, Seventh Circuit. October 17, 1892.)

#### No. 1.

REVIEW ON APPEAL—WAIVER OF OBJECTIONS.

Where a defendant files an amended answer after a demurrer to his answer has been sustained, and, waiving a jury, submits the cause to the court for trial, without objecting to the introduction of any of the evidence, or submitting any propositions of law to the court, he cannot question on appeal the validity of a judgment against him, since the record does not show any errors.

In Error to the Circuit Court of the United States for the District of Indiana.

Action by the Falls City Bank of Louisville, Ky., against Patrick H. McCormick, Samuel Hege, A. C. White, and Joseph I. Irwin, upon a promissory note. Demurrers to defendants' answers were sustained, whereupon they filed amended answers, to which a reply was filed, and the cause was submitted for trial to the court without a jury, the trial resulting in a judgment for the plaintiff. No objections were made to the introduction of evidence, and no propositions of law were submitted to the court. Defendants bring error. Affirmed.

Lamb & Hill, for plaintiffs in error.

John T. Dye and Humphrey & Davie, for defendant in error.

Before GRESHAM, Circuit Judge, and BLODGETT and JENKINS, District Judges.

PER CURIAM. The record discloses no error, and the judgment is affirmed, with costs and interest.

---

### McCORMICK et al. v. FALLS CITY BANK OF LOUISVILLE et al.

(Circuit Court, D. Indiana. July 24, 1893.)

#### No. 8,843.

1. NOTES—STIPULATION FOR ATTORNEYS' FEES — CONSTRUCTION —FEES IN APPELLATE COURT.

A note for a given sum, with interest and "attorneys' fees," includes only the attorneys' fees incurred in the trial court, and not those in-